# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SAMANTHA N. DEDMAN                                                                    PLAINTIFF

v.                              NO. 3:15-cv-00107 PSH

CAROLYN W. COLVIN, Acting Commissioner                                  DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 11th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE